UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CASSANITA MOSLEY, Plaintiff, | ) | |
| v. | ) | No. 23-cv-14229 |
| FRANK BISIGNANO, Commissioner of Social Security, Defendant. | ) | |

**ORDER**

Upon consideration of Plaintiff's motion for attorney's fees under 42 U.S.C. § 406(b), it is this 18th day of September, 2026, by the United States District Court for the Northern District of Illinois, ORDERED that Neil Good is awarded attorney's fees under the Social Security Act, 42 U.S.C. § 406(b), in the amount of **$8,436.25** (eight thousand, four hundred and thirty-six dollars and twenty-five cents), to be paid from the past-due benefits currently being withheld by the Social Security Administration.

ENTER:

DATED: 9/18/26

Bill W Aantz

United States Magistrate Judge